

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2022

No. 04-22-00630-CR

**EX PARTE** Juan Esteban **VASQUEZ-BAUTISTA**

From the County Court, Webb County, Texas
Trial Court No. 2022CRB000723L1
Honorable Leticia Martinez, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due January 3, 2023. Further extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court

